In the Matter of the Estate of ARLINGTON C. HALL, Deceased. LAURA E. HALL et al., Appellants; HARVEY M. HALL et al., Respondents.

Submitted February 24, 1953; decided April 16, 1953.

*Alfred W. Bergren* and *Martin Lippman* for motions.
*James N. Vaughan* and *Joseph W. Drake* opposed.

Motions granted and appeal dismissed, each with costs and $10 costs of motion. [See 305 N. Y. 685.]